UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. ERMA LAYMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:20-cv-00864 |
| | ) |
| THE METROPOLITAN | ) |
| GOVERNMENT OF NASHVILLE AND | ) |
| DAVIDSON COUNTY, TENNESSEE | ) |
| d/b/a METROPOLITAN NASHVILLE | ) |
| PUBLIC SCHOOLS, | ) |
| | ) |
| Defendant. | |

## ORDER

For the reasons discussed in the accompanying Memorandum Opinion, Defendant Metro's Motion for Summary Judgment (Doc. No. 44) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. This Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE